ACCEPTED
09-15-00100-CR
NINTH COURT OF APPEALS
BEAUMONT, TEXAS
3/18/2015 9:34:14 AM
CAROL ANNE HARLEY
CLERK

| | |
|---|---|
| Appellate Docket Number: | 09-15-00100-CR |
| Appellate Case Style: Style: | LASHONDA DEON JONES |
| Vs. | State of Texas |

FILED IN
9th COURT OF APPEALS
BEAUMONT, TEXAS

3/18/2015 9:34:14 AM

CAROL ANNE HARLEY
Clerk

| | |
|---|---|
| Companion Case: | 09-15-00101-CR |

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: 9th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Lashonda | ☐ Lead Attorney |
| Middle Name: Deon | First Name: Austin |
| Last Name: Jones | Middle Name: David |
| Suffix: | Last Name: Black |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: $0.00 | ☒ Appointed  ☐ District/County Attorney |
| Pro Se: ◯ | ☐ Retained  ☐ Public Defender |
| | Firm Name: Law Office of Austin D. Black |
| | Address 1: 215 Simonton St. |
| | Address 2: |
| | City: Conroe |
| | State: Texas  Zip+4: 77301 |
| | Telephone: 936-242-7601  ext. |
| | Fax: 936-756-3539 |
| | Email: adb@yourconroeattorney.com |
| | SBN: 24050018 |
| | Add Another Appellant/ Attorney |

## III. Appellee

First Name:

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated?  ☐ Yes ☐ No

Amount of Bond:

Pro Se: ○

## IV. Appellee Attorney(s)

☐ Lead Attorney

First Name: William

Middle Name: J.

Last Name: Delmore

Suffix: ட

☐ Appointed       ☒ District/County Attorney

☐ Retained        ☐ Public Defender

Firm Name: Montgomery County District Attorney's Off⊞

Address 1: 207 W. Phillips St., 2nd Floor

Address 2:

City: Conroe

State: Texas      Zip+4: 77301

Telephone: 936-539-7800      ext.

Fax: 936-760-6940

Email:

SBN:

Add Another Appellee/. Attorney

## V. Perfection Of Appeal, Judgment And Sentencing.

Nature of Case (Subject matter or type of case): Controlled Substances

Type of Judgment: Jury Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: January 29, 2015

Offense charged: Possession of a Controlled Substance

Date of offense: May 14, 2014

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☐ Yes ☐ No

Was the trial by:  ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: February 18, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: Forty-five years

Is the appeal from a pre-trial order?  ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☒ Yes ☐ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial:          ☒ Yes ☐ No   If yes, date filed: February 12, 2015

Motion in Arrest of Judgment: ☐ Yes ☒ No   If yes, date filed:

Other: ☐ Yes ☒ No                          If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed:  ☐ Yes ☒ No ☐ NA   If yes, date filed:

Date of hearing:                        ☐ NA

Date of order:                          ☐ NA

Ruling on motion: ☐ Granted ☐ Denied ☐ NA   If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: 221st Judicial District Court

County: Montgomery County

Trial Court Docket Number (Cause no): 15-01-00219

Trial Court Judge (who tried or disposed of the case):

First Name: Lisa

Middle Name:

Last Name: Michalk

Suffix:

Address 1: 207 W. Phillips

Address 2:

City: Conroe

State: Texas    Zip + 4: 77301

Telephone: 936-539-7808   ext.   3

Fax: 936-788-8364

Email:

**Clerk's Record:**

Trial Court Clerk: ☒ District   ☐ County

Was clerk's record requested?   ☒ Yes ☐ No

If yes, date requested: Mar 9, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes ☐ No ☒ Indigent

---

**Reporter's or Recorder's Record:**

Is there a reporter's record?   ☐ Yes ☒ No

Was reporter's record requested?   ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☐ Yes ☐ No

If yes, date requested: Mar 9, 2015

Were payment arrangements made with the court reporter/court recorder?   ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter    ☐ Court Recorder
☐ Official    ☐ Substitute

First Name: Cathy

Middle Name:

Last Name: Busa

Suffix:

Address 1: 207 West Phillips

Address 2:

City: Conroe

State: Texas   Zip + 4: 77301

Telephone: 936-539-8133   ext.

Fax: 936-788-8364

Email:

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:                                        Court:

Style:

    Vs.    State of Texas

## X. Signature

_____

Signature of counsel (or Pro Se Party)            Date: March 18, 2015

                                     State Bar No: 24050018

Printed Name:

Electronic Signature: Austin Black              Name: Austin Black
      (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on March 18, 2015     .

_____

Signature of counsel (or pro se party)        Electronic Signature: Austin Black
                                    (Optional)

                                 State Bar No.: 24050018

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

                (1) the date and manner of service;

                (2) the name and address of each person served, and

                (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: March 18, 2015

Manner Served: Served

First Name: William

Middle Name:

Last Name: Delmore

Suffix:

Law Firm Name: Montgomery County District Attorney's Office

Address 1: 207 W. Phillips, 2nd Floor

Address 2:

City: Conroe

State Texas    Zip+4: 7730

Telephone:              ext.

Fax:

Email: william.delmore@mctx.org